DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY THIS VOLUME.

No. 512. HURLBUT LAND AND CATTLE Co. v. TRUSCOTT. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted December 21, 1896. Decided February 1, 1897. Per Curiam. Dismissed for the want of jurisdiction on the authority of Smith v. Adams, 130 U. S. 167; McLish v. Roff, 141 U. S. 661; Hume v. Bowie, 148 U. S. 245.; Gurnee v. Patrick County, 137 U. S. 141; Bender v. Pennsylvania Co., 148 U. S. 502. Mr. J. M. Wilson for appellant. Mr. Jason W. Strevell for appellee.

No. 174. ULMAN v. MAYOR & CITY COUNCIL OF BALTIMORE. Error to the Court of Appeals of the State of Maryland. Argued January 22, 1897. Decided January 25, 1897. Per Curiam. Judgment affirmed with costs on the authority of Spencer v. Merchant, 125 U. S. 345. Mr. M. R. Walter for plaintiff in error. Mr. Thomas G. Hayes for defendants in error.

No. 450. STALLCUP v. TACOMA. Error to the Supreme Court of the State of Washington. Submitted February 1, 1897. Decided February 15, 1897. Per Curiam. Dismissed for the want of jurisdiction on the authority of Newport Light Co. v. Newport, 151 U. S. 527; Gormley v. Clark, 134 U. S. 338; Marchant v. Pennsylvania Railroad Co., 153 U. S. 380; Leeper v. Texas, 139 U. S. 462; Iowa Central Railway v. Iowa, 160 U. S. 389; Eustis v. Bolles, 150 U. S. 361; and other cases. Mr. B. S. Grosscup in support of motion to dismiss. Mr. E. O. Wolcott and Mr. J. F. Shafroth opposing.